FILED

05/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0126

_____

MEL COOK, LOEY KNAPP, JAMES
WALTERS, DAVID MCKINLEY, SUSAN
EVANS, PAT GRONINGER, and TERRI
GRONINGER,

        Plaintiffs and Appellees,

    v.

BERTA'S FARM, LLC,

        Defendant and Appellant.

        O R D E R

_____

The record was filed for purposes of this appeal on April 16, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 28, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2024